IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| BILLY DUPREE COBBS, | ) | CASE NO. 7:17CV00525 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | FINAL ORDER |
| | ) | |
| DR. MOSES, ET AL., | ) | By: Glen E. Conrad |
| | ) | Senior United States District Judge |
| Defendant. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this civil action under 42 U.S.C. § 1983 is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), for failure to state a claim, and this action is stricken from the active docket of the court.

ENTER: This 14th day of December, 2017.

/s/ Glen E. Conrad
Senior United States District Judge